IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:25CR00154SNLJ(ACL) ) |
| STEVEN PHILLIPS, | ) ) |
| Defendant. | ) |

**GOVERNMENT'S RESPONSE TO**
**COURT'S ORDER CONCERNING RULE 12(b) DISCLOSURE**

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Tim J. Willis, Assistant United States Attorney for said District, and for the Government's Response in accordance with the Court's Order Concerning Pretrial Motions, states as follows:

**RULE 12(b) DISCLOSURE**

Rule 12(b)(4)(B) provides:

"At the arraignment or as soon thereafter as is practicable defendant may, in order to afford an opportunity to move to suppress evidence under Rule 12(b)(3)(C), request notice of the government's intention to use (in its evidence in chief at trial) any evidence which defendant may be entitled to discover under Rule 16. (emphasis added)

In accordance with the dictates of Rule 12(b)(4)(B) the Government intends to use the following referenced evidence at trial:

1. **Relevant Written or Recorded Statements**

The relevant written or recorded statements made by the defendant which are within the possession, custody or control of the Government are as follows:

1

    (a)    The audio/video recordings of the interviews with the defendant by ATF SA Duane Claure.

Copies of these recordings have been given to counsel for defendant.

2. **Written Records Containing Substance of Oral Statements**

The written records containing the substance of relevant oral statements made by the defendant in response to interrogation by any person then known to the defendant to be a government are as follows:

    a.    The Reports by ATF SA Duane Clauer.

Copies of these reports have been provided to counsel for defendant.

3. **Grand Jury Testimony**

The defendant has not testified before a grand jury relating to the offense charged.

4. **Other Relevant Oral Statements**

The defendant has not made any other relevant oral statements in response to interrogation by any person then known by the defendant to be a government agent which the Government intends to use at trial.

5. **Defendant's Prior Record**

A copy of defendant's prior record, along with reports of law enforcement officers for the indicted offense, are being provided to counsel for the defendant along with this Response, and include the following:

    (a)    Criminal history printout on defendant.

6. **Documents and Tangible Objects**

The Government may introduce into evidence in its case in chief the following items, including those which could arguably be subject to suppression:

(a) Items referenced in the Reports ATF Special Agents and MSHP Officers;

(b) U.S. Department of Justice ATF Reports;

(c) Audio/video recordings of interviews;

(d) Search Warrant for the residence located at 202 Puhicah Blvd, Puxico, MO., along with the affidavit, application and return;

(e) Photographs and videos taken of the incident;

(f) Search Warrants for Phone Numbers 870-810-9678, 870-202-3139 along with the affidavit, application and return;

(g) Photographs of text messages;

(h) Statement of Rights signed by Dallas Landry;

(i) Bloomfield Department of Public Safety Reports;

(j) Search Warrant for the residence located at 213 Puhicah Blvd, Puxico, MO., along with the affidavit, application and return;

(k) Audio/video recordings of the execution of the search warrants;

(l) Audio/video recording of surveillance cameras;

(m) Search Warrant for the residence located at 1234 Wayne 419, Williamsville, MO, along with the affidavit, application and return;

(n) Phone downloads;

(o) Audio/video recordings of phone calls

(p) Audio/video recordings of arrests.

3

Copies of the documents, recordings, and photographs listed above are being provided to counsel for defendant. Items obtained and seized will be made available to counsel for the defendant for inspection at a time convenient to him and the Government. Additional Reports will be provided as they become available.

Due to incidents of identity theft occurring in jails, the undersigned has redacted personal identification information from the investigative reports provided herein. Further, each defendant herein will be provided with only his own respective criminal history report, and not the criminal history report of other named defendants. Defense counsel should note that the criminal history information has NOT been redacted so that names, dates of birth, etc. may be compared for purposes of insuring that each entry properly relates to the defendant.

In the event the defendant elects to stand trial, the defendant will be provided with pertinent conviction information of any testifying individual for purposes of cross examination, in advance of the trial.

7. **Reports of Examinations and Tests**

The Government may introduce into evidence in its case in chief testimony reports by ATF Agents.

8. **Expert Witnesses**

The Government may introduce into evidence in its case in chief the following testimony of expert witnesses including ATF Agents.

.

A copy of the qualifications of the above-listed expert witnesses, as well as a summary of their testimony, will be forwarded in advance of trial. Furthermore, a list of any other expert

4

witnesses, along with their qualifications and basis for their testimony and opinions, will be forwarded to you in advance of trial.

          THOMAS C. ALBUS
          UNITED STATES ATTORNEY

          /s/ Tim J. Willis
          Tim J. Willis, #62428MO
          Assistant United States Attorney
          555 Independence, Room 3000
          Cape Girardeau, MO 63703
          (573) 334-3736

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 27, 2025 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Leslie Hazel
Russell Oliver
Attorney for Defendant

          /s/ Tim J. Willis
          Tim J. Willis, #62428MO
          Assistant United States Attorney