IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 1:25-cr-00154-SNLJ-ACL |
| | ) |
| STEVEN PHILLIPS, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S REQUEST FOR PRETRIAL DISCLOSURE OF EVIDENCE OR INFORMATION**

COMES NOW, the Defendant, by and through his Attorney, Russell D. Oliver, and for the Defendant's Response to the Government's Request for Pretrial Disclosure, states and alleges as follows:

**A. RESPONSE TO GOVERNMENT'S REQUEST FOR PRODUCTION OF STATEMENTS OF WITNESSES**

At this time, Defendant does not possess or control any statements of witnesses who will be called to testify at trial on behalf of Defendant that relates to the subject matter of which the witnesses will testify. Even if Defendant were in possession of such statements, Fed. R. Crim. P. 26.2 does not require the disclosure of any such statements until after the witness has testified on direct examination at trial. Nevertheless, Defendant agrees that he will provide pretrial disclosure of all witness statements pursuant to Fed. R. Crim. P. 26.2 after the witness testifies on direct examination. This agreement is conditioned upon full performance of the Government's reciprocal agreement in this regard.

1

**B. RESPONSE TO GOVERNMENT'S REQUEST FOR NOTICE OF ALIBI WITNESSES**

The Government has filed a Motion for Notice of Alibi Witnesses, pursuant to Fed. R. Crim. P. 12.1. Defendant responds to each Count as follows:

<u>Counts I & II:</u>

At approximately 5:00 am on February 22, 2025 Defendant was at his home at 100 County Road 291, Puxico, Missouri. Witnesses known to defendant at this time as to his whereabouts at said time and place are:

1) Defendant's wife, Nichole Phillips.

2) Records Custodians for Provider Plus/Alero Health (C-Pap machine records)

3) David Payne, Records Custodian for Data Voice Security Company (Home Security Camera System)

<u>Count IV:</u>

Defendant is at this time without sufficient knowledge and information as to his whereabouts on the dates set forth in the Indictment, regarding Count IV, with which to determine whether or not he will rely on the defense of alibi as to the Indictment.

Accordingly, with regard to Count IV, Defendant cannot at this time notify the Government of his intention to rely on the defense of alibi, nor can Defendant notify the Government at this time of the names, addresses, and telephone numbers of any witnesses he may call to support said defense.

In the event Defendant becomes cognizant of his whereabouts as to Count IV on the dates in question, so as to present a defense of alibi, he will immediately notify the Court and Counsel for the Government of his intention to rely on said defense, and will provide the place where Defendant claims to have been at the time of the alleged offense and the names, addresses, and telephone numbers of any witness upon which he may rely to support such a defense.

# C. RESPONSE TO GOVERNMENT'S REQUEST FOR DISCLOSURE PURSUANT TO RULE 16 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

A. <u>Documents and Tangible Objects</u>

Defendant has in his possession photographs, books, papers, documents, tangible objects, and copies or portions thereof which Defendant intends to introduce as evidence in chief at trial. Defendant's counsel is currently processing and gathering these items to produce to the government however that process is not complete. Defendant's counsel has spoken with Timothy Willis about the anticipated timeline of production and the parties have an agreement allowing Defendant additional time to produce these materials.

B. <u>Reports of Examinations and Tests</u>

Defendant does not, at this time, possess or control any results or reports of physical or mental examinations or of scientific tests or experiments made in connection with this case, or copies thereof, which Defendant intends to introduce as evidence in chief at trial or which were prepared by a witness whom Defendant intends to call at trial. However, upon receipt of said materials, Defendant will notify Counsel for the Government and will make said materials available for inspection and copying at that time.

C. <u>Expert Witnesses</u>

Defendant does intends to introduce testimony at trial pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence, however those experts have not been yet retained. When those experts are retained, Defendant will promptly disclose to the Government a written summary of the testimony he intends to use under these rules, which summary will describe the opinions of the witnesses, the basis and reasons therefore, and the witnesses' qualifications.

        Respectfully submitted,

        THE OLIVER FIRM, LC

        /s/ Russell D. Oliver
        RUSSELL D. OLIVER #59394
        1402 N. OUTER RD, STE A
        DEXTER, MO 63841
        573-614-7959
        russ@oliver-lawfirm.com
        ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a copy of the foregoing was electronically filed and served to the following counsel of record on this date October 28, 2025.

Tim Willis
UNITED STATES ATTORNEYS OFFICE - Cape Girardeau
555 Independence Room 3000
Cape Girardeau, MO 63703
573-334-3736
Email: timothy.willis2@usdoj.gov

             THE OLIVER FIRM, LC

             /s/ Russell D. Oliver
             RUSSELL D. OLIVER #59394
             1402 N. OUTER RD, STE A
             DEXTER, MO 63841
             573-614-7959
             russ@oliver-lawfirm.com
             ATTORNEY FOR DEFENDANT